IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PHILLIPS 66 COMPANY,                      §
                                          §
                Plaintiff,                §
                                          §    CIVIL ACTION NO.
                                          §    2:25-cv-06889-JHS
v.                                        §
                                          §
KRSM INC., AND                            §
RIAR HR LLC;                              §
                                          §
                Defendants.               §

**DECLARATION OF RYAN J. MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR
<u>ALTERNATIVE SERVICE</u>**

I, Ryan J. Miller, make the following declaration based upon personal knowledge and declare as follows:

1.      I am an associate at the law firm of Pirkey Barber PLLC in Austin, Texas, counsel for Plaintiff Phillips 66 Company ("Phillips 66").

2.      In the Trademark License Agreement between KRSM Inc. and Phillips 66 Company that is the subject of this lawsuit, the signer for KRSM Inc. is listed as the president of KRSM Inc., Syed Kazmi. The agreement also lists the address 1601 Princeton Ave Lawrenceville, NJ 08648 and the email address sk@upssites.com as contact information for KRSM Inc.

3.      In order to serve KRSM, Inc. in this case, I conducted an online investigation of business records, lawsuits, and property tax records. This included review of the business records and property records identified in ¶¶ 4-5 below, as well as the filings in the lawsuit 7-Eleven, Inc. v. KRSM Inc. et al DNJ-3-22-cv-07220. A copy of Docket Entry 12-2 from this case is attached as

1

Exhibit A. Based on this investigation, I believe that the home address for Mr. Kazmi (the president and registered agent of KRSM) is 6 Lenn Road, Upper Freehold, NJ.

4.      Attached as Exhibit B is a copy of business records retrieved for KRSM Inc.

5.      Attached as Exhibit C is a screenshot of property and tax records for the address 6 Lenn Road, Upper Freehold, NJ obtained from the Monmouth County Clerk's website.

6.      In a couple of matters between Phillips 66 and Mr. Kazmi, unrelated to this lawsuit, Mr. Kazmi corresponded with me through the email address sk@upssites.com. Attached as Exhibit D are examples of emails I received from Mr. Kazmi through the email address sk@upssites.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this February 4, 2026.

Ryan J. Miller

2

# EXHIBIT A

# Exhibit A

Case 3:22-cv-07250-RK-JHD Document 27-1 Filed 01/02/24 Page 4 of 26 PageID: 452

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

7-ELEVEN, INC.,

          Plaintiff,

    v.

KRSM INC. AND SYED KAZMI,

          Defendants.

Case No. 3:22-cv-07220

## DECLARATION OF DIANE RIGGS

I, Diane Riggs, declare under penalties of perjury that:

1.     I am a process server currently employed by Harris Investigations, LLC. I have been a process server in New Jersey since February 2013. I have personal knowledge of the facts set forth herein.

2.     Plaintiff's counsel engaged Harris Investigations, LLC to obtain service of process upon KRSM Inc. ("KRSM") and Syed Kazmi ("Mr. Kazmi") in this matter.

3.     I was advised by Plaintiff's counsel that Mr. Kazmi resides at 6 Lenn Road in Allentown, New Jersey 08501, and that Mr. Kazmi is the registered agent for KRSM. I confirmed both facts via my own research.

4.     On December 13, 2022, I went to the house located at 6 Lenn Road in Allentown, New Jersey to serve Mr. Kazmi and KRSM. At 2:30 p.m., a woman

1

driving a Lexus sport utility vehicle pulled up to the house and parked in the driveway. When I approached the woman, she advised me that she was the cleaning woman and was unable to accept paperwork on behalf of Mr. Kazmi. The woman had children with her and entered the house through a rear entrance.

5. The next day, on December 14, 2022, I returned to 6 Lenn Road in Allentown, New Jersey to again attempt to obtain service. At 9:12 a.m., I observed three cars in the driveway, including a brand new Bentley as well as two Lexus sport utility vehicles. One of the Lexus sport utility vehicles was the vehicle driven by the woman who on December 13 identified herself to me as the cleaning woman. I could hear people walking around and talking inside the house, but they refused to answer the door and were avoiding service.

6. Later that day, around 6:07 p.m. on December 14, all of the lights were on in the house and I could hear a man talking inside the house. A car pulled into the driveway, and a man got out of the car. The man appeared to be around 35 years of age, of Middle Eastern descent, weighed around 175 pounds, was around 5'10" and had brown hair and brown eyes. Two younger girls and an older woman also got out of the car. The older woman would not accept service. All four people went into the house. The man in his thirties who had just recently arrived at the house came back out of the house and told me that the house was an Airbnb, that I was trespassing and harassing them, and that if I did not leave he would have me arrested.

2

7. I used TruthFinder that night to locate a photograph of Mr. Kazmi. I then confirmed via another photograph that I located on social media that the photograph of Mr. Kazmi that I found on TruthFinder was in fact a photograph of Mr. Kazmi. Both photographs confirmed that the man who I encountered at 6 Lenn Road earlier in the evening on December 14 was Mr. Kazmi.

8. On December 16, 2022, I attempted service of process at 1601 Princeton Avenue in Lawrenceville, New Jersey 08648, which is the location of the 7-Eleven store at issue in this litigation. Mr. Kazmi was not present at the 7-Eleven store when I was there at around 2:24 p.m.

9. The next day, on December 17, 2022, I returned to 6 Lenn Road in Allentown, New Jersey to once again attempt to obtain service on Mr. Kazmi and KRSM. Several people were inside the house looking at me through the windows, but none of the people inside the house would answer the door. I observed through the window that Mr. Kazmi was one of the people inside the house who was looking at me but refusing to answer the door. At 7:17 p.m., I yelled to Mr. Kazmi from outside the door that he had been served, and left the following paperwork at the front door of the house at 6 Lenn Road in Allentown, New Jersey:

    a.    Complaint for Injunctive and Other Relief,

    b.    Summons for Syed Kazmi,

    c.    Summons for KRSM, Inc.,

3

d. Civil Cover Sheet,

e. Motion for Preliminary Injunction and Memorandum of Law in Support of Motion for Preliminary Injunction, and

f. Order to Show Cause For Preliminary Injunction and Related Relief.

Pursuant to 27 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Executed on January 6, 2023, in Mt Holy, New Jersey.

Diane Riggs

# EXHIBIT B

FILED

OCT 9 2018

STATE TREASURER

C-102 Rev. 7/92

0450182281

### New Jersey Division of Revenue

## Certificate of Amendment to the Certificate of Incorporation by the Incorporator(s)

(For Use by Domestic Profit and Nonprofit Corporations)

Check Appropriate Statute:

[X] NJSA 14A:9-1 et seq.    New Jersey Profit Corporation Act (File in Duplicate)

[ ] NJSA 15A:9-1 et seq.    New Jersey Nonprofit Corporation Act (File in Triplicate)

The Undersigned Incorporator(s), for the purpose of amending the original Certificate of Incorporation, does (do) hereby execute the following Certificate of Amendment, pursuant to the provisions of the appropriate Statute, checked above, of the New Jersey Statutes.

1. Name of Corporation: **KRSM INC**

2. Corporation number: **0450182281**

3. Article    **4**    of the Certificate of Incorporation is hereby amended to read as follows:
   **BUSINESS PURPOSE IS TO CONDUCT ANY LEGAL BUSINESS IN THE STATE INCLUDING BUT NOT LIMITED TO CONDUCTING REAL ESTATE TRANSACTIONS AND TO OPERATE A 7-ELEVEN STORE.**

4. The foregoing amendment was adopted by the unanimous consent of the Incorporator(s) before the organization meeting of the first Board of Directors/Trustees.

5. Other provisions:

Signature:                                                Date: **10/9/20**

Signature:                                                Date:

Signature:                                                Date:

Signature:                                                Date:

Signature:                                                Date:

Signature:                                                Date:

NJ Division of Revenue, PO Box 308, Trenton, NJ 08646

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF INC, (PROFIT)

### KRSM INC.
### 0450182281

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 07/07/2017 and was assigned identification number 0450182281. Following are the articles that constitute its original certificate.

1. **Name:**
   KRSM INC.

2. **Registered Agent:**
   SYED KAZMI

3. **Registered Office:**
   117 PETAL LN
   EWING, NEW JERSEY 08638

4. **Business Purpose:**
   TO OPERATE A 7-ELEVEN STORE

5. **Duration:**
   PERPETUAL

6. **Stock:**
   200

7. **Effective Date of this filing is:**
   07/07/2017

8. **First Board of Directors:**
   SYED KAZMI
   117 PETAL LN
   EWING, NEW JERSEY 08638

9. **Incorporators:**
   SYED KAZMI
   117 PETAL LN.
   EWING, NEW JERSEY 08638

10. **Main Business Address:**
    1601 PRINCETON AVENUE
    LAWRENCE TOWNSHIP, NEW JERSEY 08648-0864

**Additional Articles/Provisions:**

11.
   A. NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY AND UNLESS OTHERWISE REQUIRED BY STATE LAW, THE SOLE SHAREHOLDER(S) OF THIS CORPORATION SHALL BE THE "FRANCHISEE(S).
   " FOR PURPOSES OF THIS DOCUMENT, "FRANCHISEE(S)" SHALL MEAN AND INCLUDE (A) THE ORIGINAL SIGNATORY(IES), AS FRANCHISEE, TO THE 7-ELEVEN STORE FRANCHISE AGREEMENT(S)
   ["FRANCHISE AGREEMENT(S)"] INTENDED TO BE, OR HAVING BEEN, ASSIGNED TO THIS CORPORATION; AND (B) ANYONE ADDED AS A FRANCHISEE BY AMENDMENT TO THE FRANCHISE AGREEMENT(S); HOWEVER, "FRANCHISEE(S) SHALL EXCLUDE ANYONE WHO WAS AN ORIGINAL SIGNATORY OR WHO WAS LATER ADDED AS A FRANCHISEE BUT WHO HAS SUBSEQUENTLY BEEN DELETED AS A FRANCHISEE BY AMENDMENT TO THE FRANCHISE AGREEMENT(S). FURTHER, EACH "FRANCHISEE," DURING THE TIME SUCH PERSON IS A "FRANCHISEE," AND ONLY WHILE A

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

### KRSM INC.
### 0450182281

"FRANCHISEE," MUST BE A SHAREHOLDER OF THIS CORPORATION.

B. NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY, THIS CORPORATION IS A SINGLE-PURPOSE CORPORATION, THE SINGLE PURPOSE BEING THE OPERATION OF ONE OR MORE 7-ELEVEN STORES IN ACCORDANCE WITH ONE OR MORE FRANCHISE AGREEMENTS.

C. THE SHARE OF STOCK SHALL BE COMMON STOCK WITH A PAR VALUE OF  1 DOLLAR

D. THE FOLLOWING RESTRICTIVE LEGEND MUST APPEAR CLEARLY AND LEGIBLY ON EACH STOCK


"NO SHARES OF THIS CORPORATION MAY BE ISSUED, ENCUMBERED, ASSIGNED, HELD OR TRANSFERRED EXCEPT WITH THE PRIOR WRITTEN CONSENT OF 7-ELEVEN INC., A TEXAS CORPORATION, AND NO SHARES MAY BE HELD BY ANYONE OTHER THAN THE "FRANCHISEE(S)," AS
DEFINED IN THE ARTICLES OF INCORPORATION OF THIS CORPORATION. HOWEVER, SHARES MAY BE
OWNED BY THE FIDUCIARY OF THE ESTATE OF A DECEASED SHAREHOLDER PENDING AN APPROVED TRANSFER. THESE RESTRICTIONS MAY NOT BE AMENDED REPEALED OR REVOKED EXCEPT WITH THE
PRIOR WRITTEN CONSENT OF 7-ELEVEN INC."

E. BOTH PREEMPTIVE RIGHTS AND CUMULATIVE VOTING MUST BE PROHIBITED.

F. THESE ARTICLES OF INCORPORATION MAY NOT BE REVISED, AMENDED OR REPEALED EXCEPT WITH THE PRIOR WRITTEN CONSENT OF 7-ELEVEN, INC. A TEXAS CORPORATION.

**Signatures:**

SYED KAZMI
INCORPORATOR

IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
7th day of July, 2017

*Ford M. Scudder*
*State Treasurer*

Certificate Number : 4036455858
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Page 2 of 2

# EXHIBIT C

OPRS Home                                                                                    Contact Us | FAQs ☰

**OPEN PUBLIC RECORDS SEARCH SYSTEM (OPRS)**

Consolidated Records Search                    Consolidated Records Search

New Search | Search Results | Map & Property Info

| Summary | Property Records | Assessment and Sales | Tax Appeal Judgements |

## Primary Property Information

| Township Name | Block | Lot | Qualifier | Owner Name | Property Location | Year Built | Square Feet |
|---|---|---|---|---|---|---|---|
| Upper Freehold | 13.01 | 3 | | KAZMI, SYED M | 6 LENN ROAD, Upper Freehold, NJ | 1999 | 3872 |

### Sale Information

| | Sale Date | Recorded | Book | Page | |
|---|---|---|---|---|---|
| View | 11/13/2017 | 12/01/2017 | 9261 | 926 | Deed |
| View | 06/08/2005 | 07/14/2005 | 8476 | 9372 | Deed |
| View | 11/02/2001 | 11/26/2001 | 8064 | 2897 | Deed |

### Tax Assesment Information

| Year | Owner | Land/Imp/Tot | Assessed |
|---|---|---|---|
| 2026 | KAZMI, SYED M | $329,200/$785,700/$1,114,900 | $1,114,900 |
| 2025 | KAZMI, SYED M | $272,400/$787,400/$1,059,800 | $1,059,800 |
| 2024 | KAZMI, SYED M | $164,200/$730,100/$894,300 | $894,300 |
| 2023 | KAZMI, SYED M | $164,200/$696,800/$861,000 | $861,000 |
| 2022 | KAZMI, SYED M | $164,200/$555,600/$719,800 | $719,800 |

1 2 3 4 5 6 7

### Map/Satellite Picture/Photograph



40°11'02.1"N 74°30'59.9"W
5FMM+H8H Upper Freehold, New Jersey
Directions
View larger map

| Map | Bird's eye view | Street View | Property Photo |

Search

### Property Record Information

| | Description | Inst. Num | Book/Page | Recorded |
|---|---|---|---|---|
| View | MORTGAGE MODIFICATION | 2025098243 | OR-9769/5695 | 12/09/2025 |
| View | FORECLOSURE LISPENDENS | 2024006554 | / | 01/31/2024 |
| View | MORTGAGE MODIFICATION | 2022082161 | OR-9609/7120 | 08/11/2022 |
| View | MORTGAGE SUBORDINATE | 2022082151 | OR-9609/7006 | 08/11/2022 |
| View | CANCELLATION/MORTGAGE | 2018009144 | / | 01/25/2018 |
| View | CANCELLATION/MORTGAGE | 2018009143 | / | 01/25/2018 |
| View | MORTGAGE | 2017116615 | OR-9261/943 | 12/01/2017 |
| View | DEEDS From 10/01/1996 to Present | 2017116614 | OR-9261/926 | 12/01/2017 |

1 2 3 4

Terms of Use                                                                          Rel 2024-1

# EXHIBIT D

| | |
|---|---|
| **From:** | Kazmi . |
| **To:** | Raj Doshi |
| **Cc:** | Ryan J. Miller; Michelle Scullin; Alex Bistline |
| **Subject:** | Re: 5643 Ridge ave PHIL100D |
| **Date:** | Saturday, April 20, 2024 9:17:08 AM |

Raj bhai let's talk tomorrow or Monday we can discuss further

On Sat, Apr 20, 2024, 6:46 AM Raj Doshi <raj@sigma-hospitality.com> wrote:

> Good morning everyone,
>
> I would like to inquire about the cause of the extended communication exchange we have been having. Despite our efforts, it seems that we still do not have a resolution to the issue at hand.
>
> It has been three years since we have been receiving assurances from the brand regarding the old jobber problems that Shamikh brought up. As an operator, I believe we should not have to endure such difficulties.
>
> Thank you for your attention.
>
> Best regards,
>
> Raj
>
>> On Apr 19, 2024, at 5:47 PM, Kazmi . <sk@upssites.com> wrote:
>>
>>
>> Thanks Ryan
>>
>> On Fri, Apr 19, 2024, 4:59 PM Ryan J. Miller <rmiller@pirkeybarber.com> wrote:
>>
>>> Michelle and Kazmi,
>>>
>>> We have received your emails and are discussing with our client. We will be in touch soon.
>>>
>>> Ryan
>>>
>>> **Ryan Miller**
>>>
>>> Associate

512-334-8503 (direct)

## PirkeyBarber PLLC

---

**From:** Michelle Scullin <mscullin@salvorogers.com>
**Sent:** Wednesday, April 10, 2024 6:50 PM
**To:** Kazmi . <sk@upssites.com>; Zoe Hardwell
<zhardwell@pirkeybarber.com>; Marra, David <David.Marra@p66.com>;
Ryan J. Miller <rmiller@pirkeybarber.com>
**Cc:** Raj Doshi <raj@sigma-hospitality.com>
**Subject:** RE: 5643 Ridge ave

Zoe and Ryan,

I am attaching a copy of the letter that I received from Ryan Miller last week. I represent 5643 Ridge Avenue LLC, the property owner at this location, and Front Street Donuts LLC, the dealer pursuant to the attached supply agreement of Universal Property Services, Inc., an affiliate of KRMS. Our client has been operating at this location pursuant to the terms of this supply agreement which required our supplier to rebrand this facility in accordance with Conoco's standards and requirements. To date, we have not received any communications that detail what actions need to be taken to bring the facility into compliance with the brand standards. Can you please confirm that my client, as the dealer at the facility at 5643 Ridge Avenue, Philadelphia, is in fact not required to debrand as set forth in the attached demand letter and that this demand letter has been withdrawn?

I appreciate your assistance in clearing up the confusion on this matter.

Regards,

Michelle

Michelle Scullin, Esq.

Salvo Rogers Elinski & Scullin

510 E. Township Line Road, Suite 150

Blue Bell, PA 19422

(215) 653-0110 ex. 26

Fax: (215) 653-0383

E-mail: mscullin@SalvoRogers.com

*\*\*\*We are excited to announce that our office will be relocating on April 12, 2024. Our office will be closing at 3:00pm on Thursday, April 11, 2024 and reopening on Monday, April 15, 2024.*

*\*\*\*We thank you in advance for your patience as our response times may be delayed during our move.*

*The address for our new location is:*

*301 E. Germantown Pike, First Floor, East Norriton PA 19401*

*Our phone/fax and email addresses will remain the same.*

---

**From:** Kazmi . <sk@upssites.com>
**Sent:** Wednesday, April 10, 2024 7:12 PM
**To:** zhardwell@pirkeybarber.com; Marra, David <David.Marra@p66.com>; Michelle Scullin <mscullin@salvorogers.com>
**Cc:** Raj Doshi <raj@sigma-hospitality.com>
**Subject:** 5643 Ridge ave

Hi David and and Zoe.

Attached to this email chain is David Marra from P66 and his outside council Zoe.

This email is to confirm that I have spoken with David yesterday and today.he has confirmed that KRSM ( the marketer for 5643 ridge ave.) is not as of todays date required to debrand 5643 Ridge ave.

There is a current and valid agreement between KRSM and Conoco. Though the site is not in full compliance due to outstanding items, those are being worked on between Conoco and KRSM.

@Michelle Scullin You are not required by Conoco phillups to debrand the location and I was advised that the letter you received does not require any debrand at such time as well.

The miscommunication might be that the Zoe's firm maybe sending letters to Arfa ( your old markertor).

Any issues please feel free to contact me.

Thanks

--



## S Kazmi

CEO, Universal Group

855 Kazmi 12    609 672 1594    sk@upssites.com

ugcbrands.com

<~WRD1022.jpg>
<~WRD1022.jpg>

| | |
|---|---|
| **From:** | Kazmi . |
| **To:** | Michelle Scullin |
| **Cc:** | zhardwell@pirkeybarber.com; Marra, David; Ryan J. Miller; Raj Doshi |
| **Subject:** | Re: 5643 Ridge ave |
| **Date:** | Wednesday, April 10, 2024 8:11:02 PM |

Zoe can we please chat tomorrow so we can get up to speed?

On Wed, Apr 10, 2024, 7:50 PM Michelle Scullin <mscullin@salvorogers.com> wrote:

> Zoe and Ryan,
>
> I am attaching a copy of the letter that I received from Ryan Miller last week.  I represent 5643 Ridge Avenue LLC, the property owner at this location, and Front Street Donuts LLC, the dealer pursuant to the attached supply agreement of Universal Property Services, Inc., an affiliate of KRMS.  Our client has been operating at this location pursuant to the terms of this supply agreement which required our supplier to rebrand this facility in accordance with Conoco's standards and requirements.  To date, we have not received any communications that detail what actions need to be taken to bring the facility into compliance with the brand standards.  Can you please confirm that my client, as the dealer at the facility at 5643 Ridge Avenue, Philadelphia, is in fact not required to debrand as set forth in the attached demand letter and that this demand letter has been withdrawn?
>
> I appreciate your assistance in clearing up the confusion on this matter.
>
> Regards,
>
> Michelle
>
> Michelle Scullin, Esq.
>
> Salvo Rogers Elinski & Scullin
>
> 510 E. Township Line Road, Suite 150
>
> Blue Bell, PA 19422
>
> (215) 653-0110 ex. 26
>
> Fax: (215) 653-0383
>
> E-mail: mscullin@SalvoRogers.com

*\*\*\*We are excited to announce that our office will be relocating on April 12, 2024. Our office will be closing at 3:00pm on Thursday, April 11, 2024 and reopening on Monday, April 15, 2024.*

*\*\*\*We thank you in advance for your patience as our response times may be delayed during our move.*

*The address for our new location is:*

*301 E. Germantown Pike, First Floor, East Norriton PA 19401*

*Our phone/fax and email addresses will remain the same.*

---

**From:** Kazmi . <sk@upssites.com>
**Sent:** Wednesday, April 10, 2024 7:12 PM
**To:** zhardwell@pirkeybarber.com; Marra, David <David.Marra@p66.com>; Michelle Scullin <mscullin@salvorogers.com>
**Cc:** Raj Doshi <raj@sigma-hospitality.com>
**Subject:** 5643 Ridge ave

Hi David and and Zoe.

Attached to this email chain is David Marra from P66 and his outside council Zoe.

This email is to confirm that I have spoken with David yesterday and today.he has confirmed that KRSM ( the marketer for 5643 ridge ave.) is not as of todays date required to debrand 5643 Ridge ave.

There is a current and valid agreement between KRSM and Conoco. Though the site is not in full compliance due to outstanding items, those are being worked on between Conoco and KRSM.

@Michelle Scullin You are not required by Conoco phillups to debrand the location and I was advised that the letter you received does not require any debrand at such time as well.

The miscommunication might be that the Zoe's firm maybe sending letters to Arfa ( your old markertor).

Any issues please feel free to contact me.

Thanks

--



**S Kazmi**

CEO, Universal Group

855 Kazmi 12    609 672 1594    sk@upssites.com

ugcbrands.com

| | |
|---|---|
| **From:** | Kazmi . |
| **To:** | Ryan J. Miller |
| **Cc:** | Alex Bistline |
| **Subject:** | Re: Violation of the Trademark Rights of Phillip 66 (Our Ref. PHIL125) |
| **Date:** | Wednesday, November 22, 2023 10:02:24 AM |

Hows 10am

On Wed, Nov 22, 2023, 9:58 AM Ryan J. Miller <rmiller@pirkeybarber.com> wrote:

> Hi Kazmi,
>
> Let's plan on Monday November 27 at 11am CST. Please let me know if that works for you.
>
> Best,
>
> Ryan
>
> **Ryan Miller**
>
> Associate
> 512-334-8503 (direct)
>
> ---
>
> **From:** Kazmi . <sk@upssites.com>
> **Sent:** Tuesday, November 21, 2023 9:37 PM
> **To:** Ryan J. Miller <rmiller@pirkeybarber.com>
> **Cc:** Alex Bistline <abistline@pirkeybarber.com>
> **Subject:** Re: Violation of the Trademark Rights of Phillip 66 (Our Ref. PHIL125)
>
> Thats fine with me, pick a date and time and I will make myself available
>
> On Tue, Nov 21, 2023 at 6:30 PM Ryan J. Miller <rmiller@pirkeybarber.com> wrote:

Dear Kazmi,

Thank you for your patience. Could we set up a call for after Thanksgiving? I am generally available on Monday and Friday next week. Let me know if a time on one of those days works for you.

Best,

Ryan

**Ryan Miller**

Associate
512-334-8503 (direct)

---

**From:** Kazmi . <sk@upssites.com>
**Sent:** Wednesday, November 15, 2023 3:39 PM
**To:** Jeanette Smalls <jsmalls@pirkeybarber.com>
**Cc:** Ryan J. Miller <rmiller@pirkeybarber.com>; Alex Bistline <abistline@pirkeybarber.com>
**Subject:** Re: Violation of the Trademark Rights of Phillip 66 (Our Ref. PHIL125)

Please call me at 609 672 1594.

On Wed, Nov 15, 2023 at 4:36 PM Jeanette Smalls <jsmalls@pirkeybarber.com> wrote:

> Dear Sir or Madam:
>
> Please see attached correspondence sent on behalf of Ryan Miller.

Thank you.

Best,

*JES*

**Jeanette Smalls**

Legal Assistant

1801 East 6th Street, Suite 300 | Austin, Texas 78702 | USA

512-334-8490 (direct) | 512-322-5201 (fax)

**PirkeyBarber** PLLC

**Confidentiality Notice:** The information contained in this email is confidential, and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think you have received this email message in error, please email the sender.